O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD AKSELROD | Case No. CV 09-7279 CAS (CWx) |
| Plaintiff, | JUDGMENT |
| vs. | |
| LANCEVILLE GROUP, INC. | |
| Defendant | |

Pursuant to the Court's order granting summary judgment, judgment is hereby entered in favor of plaintiff Edward Akselrod and against defendant Lanceville Group, Inc., in the amount of $51,000.

IT IS SO ORDERED.

Dated: December 16, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE